312

Robert STROUD, Appellant, v. James A. JOHNSTON, Warden, United States Penitentiary, Alcatraz Island, California, Appellee.

No. 11640.

Circuit Court of Appeals, Ninth Circuit.

Sept. 4, 1947.

Robert Stroud, in pro. per., for appellant.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

The judgment of the District Court affirmed.

GREAT AMERICAN INDEMNITY CO., a Corporation, Appellant, v. William ALTER, Michael Robert Reshatoff, a Minor, Kent Alan Reshatoff, a Minor, and Michael I. Reshatoff, Appellees.

No. 11505.

Circuit Court of Appeals, Ninth Circuit.

Aug. 25, 1947.

Dan Hadsell, Joe G. Sweet, Everett A. Ingalls, Hadsell, Sweet & Ingalls, and Sydney P. Murman, all of San Francisco, Cal., for appellant.

Ingemar E. Hoberg and Arthur W. Brouillet, both of San Francisco, Cal. (James A. Himmel, of San Francisco, Cal., of counsel), for appellees.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

It appearing that on the facts disclosed in the record it is within the district court's discretion in this suit for a declaratory judgment under the provisions of 28 U.S.C. 400 (1), 28 U.S.C.A. § 400 (1), to enter the order appealed from, that order is hereby affirmed.

OSTBY & BARTON COMPANY and American Associates, Inc., Plaintiffs-Appellants, v. Thoger Gronberg JUNGERSEN, Defendant-Appellant.

Nos. 9222, 9223.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 21, 1947.

Decided Sept. 5, 1947.

John Vaughan Groner, of New York City (Edward Winsor, of Providence, R. I., on the brief), for plaintiffs-appellants.

Drury W. Cooper, of New York City (John N. Cooper, of New York City, on the brief), for defendant-cross-appellant.

Karl W. Flocks, of Washington, D. C., for Thoger Grenberg Jungersen.

Before MARIS and KALODNER, Circuit Judges, and FOLLMER, District Judge.

PER CURIAM.

For the reasons stated in the opinion of Judge Meaney, 65 F.Supp. 652, the judgment of the District Court will be affirmed.